# EDWARD C. ("Tacker") LeCARPENTIER, *J.D. C.S.S.C.*

Phone: (919) 247-9070
Email: tacker@settlementplanningllc.com

## PROFESSIONAL EXPERIENCE

*August 2017-Present:* **SETTLEMENT PLANNING SERVICES LLC, Raleigh, NC**
**FOUNDER/PRESIDENT**

Eighteen (18) years of structured settlement and ettlement planning experience with over $250 million in production since 2005. Formed my own company dedicated to assisting claimants and litigants with settlements ranging from $10,000 to over $25 million. Assist with Structured Settlements, Qualified Settlement Funds, Special Needs Trusts, Medicare Set-Aside services, lien resolution, and attending mediations, judicial settlement conferences and *all* minor/incompetent settlement hearings. Serving a geographical region in North and South Carolina, Virginia/D.C./Maryland, Georgia, Florida and Tennessee. Continuous North Carolina State Bar membership as a licensed North Carolina attorney since August 1991 (without any formal or informal complaints, reprimands, or disciplinary action). Currently maintain a North Carolina resident Life and Health agent's license in good standing and all non-resident L&H licenses in the states wherein we do business.

*Sept 2006 – July 2017*: **LAWYERS STRUCTURED SETTLEMENTS/LAWYERS INSURANCE, Cary, NC**
**DIRECTOR, SETTLEMENT PLANNING AND STRUCTURED SETTLEMENTS**

Responsible for coordinating proper planning of personal injury and workers compensation settlements, as well as marketing, quoting, sales, post-sale document processing and ensuring timely and proper annuity contract issuance for qualified and non-qualified structured settlement plans involving litigated cases.

*Aug 2005 – July 2006*: **STRUCTURED SALES, INC., Raleigh, NC**
**PRESIDENT/CHIEF EXECUTIVE OFFICER**

Co-founder and head of first company in the United States to focus exclusively on the sales and marketing of a new non-qualified assignment product introduced to the structured settlement marketplace in 2005, called a "structured sale." Emphasis on introducing this new product to real estate attorneys, real estate brokers, commercial developers, business transactional attorneys, estate and trust attorneys, CPA's and CFP's.

*Aug 1993 – July 2005:* **CRANFILL SUMNER & HARTZOG, LLP ("CSH"), Raleigh, NC**
**LAW PARTNER (1999 – 2005); ASSOCIATE ATTORNEY (1993 – 1999)**

Insurance Defense & Appellate Attorney licensed in all North Carolina state and federal courts.

- Chairman & Founder, CSH Appellate Section; Member, CSH Medical Malpractice and Employment Law Sections; Founder of CSH ERISA Litigation Group.
- Handled over 25 appeals in North Carolina state and federal appellate courts.
- Case load: averaged 40-45 on-going, civil defense files in state and federal courts.
- Professional Memberships: North Carolina State Bar; North Carolina Bar Association; North Carolina Association of Defense Attorneys; Defense Research Institute (DRI); DRI's Life, Health, Disability and ERISA Claims Committee.

*Aug 1991 - Aug 1993:* **SUPREME COURT OF NORTH CAROLINA, Raleigh, NC**
**LAW CLERK to the HONORABLE JAMES G. EXUM, JR., CHIEF JUSTICE**

Prepared initial drafts of, and revisions to, appellate opinions authored by the Chief Justice; prepared the Chief Justice for oral arguments by summarizing the facts, legal issues and case law on matters before the Supreme Court and by making recommendations to the Chief Justice for disposition of those appeals.

*Jan 1986 - Aug 1988:* **AETNA LIFE & CASUALTY/EMPLOYEE BENEFITS DIVISION, Hartford, CT EMPLOYEE BENEFITS REPRESENTATIVE**

Marketed and serviced Aetna employee benefit products for potential and existing businesses with a minimum of 200 employees. Assigned to the Birmingham, AL and Lynchburg, VA field offices after four months of initial Home Office training in ERISA and all employee benefit product lines.

- Marketed, sold and managed on-going group life, AD&D, disability, health & managed care, and pension plans and products.

## EDUCATION

*October 2008:* **NSSTA-SPONSORED PROGRAM AT THE MENDOZA SCHOOL OF BUSINESSS - EXECUTIVE EDUCATION CENTER, NOTRE DAME UNIVERSITY, Terre Haute, IN**

Obtained the *Certified Structured Settlement Consultant* ("CSSC") designation following an intensive program of home study, 40 hours of in-class instruction and a four-hour examination, sponsored by the National Structured Settlement Trade Association.

*Aug 1988 - May 1991:* **WAKE FOREST UNIVERSITY SCHOOL OF LAW, Winston-Salem, NC**
*Juris Doctorate Degree*
American Jurisprudence Awards: Trial Practice (Spring 1991); Family Law (Fall 1990).  Member: Honor Court; Moot Court Board; Student Trial Bar. President, ABA Law School Division (Wake Forest Law School Chapter).

*Aug 1980 - Aug 1985:* **UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, Chapel Hill, NC**
*Bachelor of Arts Degree -- Double Major:  History & Political Science*
Dean's List: 1983; 1985. President, Phi Delta Theta Social Fraternity; Member, Order of the Gorgan's Head Lodge. Foreign Travel/Study Program:  Greece, Summer 1985 with Professor William McKoy, UNC-CH History Department.

*Aug 1977 – May 1980:* **THE EPISCOPAL HIGH SCHOOL OF VIRGINIA ("EHS"), Alexandria, VA**
EHS High List*: 1978-79*; EHS Student Government*:* Monitor, 1979-80; President: Blackford Literary Society (debating club), 1979-80; President: EHS Vestry, 1979-80; Athletics: Lacrosse (Lettered, 1980); Football; Soccer.

## PERSONAL AND SOCIAL INFORMATION

*Professional*:  National Structured Settlements Trade Association - Board of Directors (2020 – Present; President 2022-23; Executive Committee 2021-23), Chairman, Legislative & Regulatory Committee (2013 – 2015), Committee Member (2011- Present); North Carolina Advocates for Justice – President's Circle (2010 – Present); North Carolina Bar Association; Wake County Bar Association Bench-Bar Committee (2013-Present).

*Religious:* Christ Episcopal Church (Outreach Committee; 2011 Delegate - 195th Convention of the Episcopal Diocese of North Carolina; Lay Reader; Usher; Co-Chairman, 2005 Annual All-Parish Weekend; Member, Hunger Committee (1991-95).

*Philanthropic*: Inter-Faith Food Shuttle of the Triangle, Inc.: Board Advisor, Governance Committee (2010 – 2015)*;* Board of Directors, Food Runners Collaborative (2013 – 2105): Aldert Root Elementary School Educational Foundation Board of Directors: Co-Founder/Organizing Member (2006), Vice President & Head of Fundraising & Development (2006-2010); North Carolina Hunters for the Hungry: Co-Founder; First President; Member, Board of Directors (1992-97)

Family: Spouse - *Tricia LeCarpentier;* Children - *Katherine & Grace, Fraternal Twins - Age 21.*

*Born:* Baltimore, Maryland – ; raised in Raleigh, North Carolina.

*Interests:* Travel; College Sports; Hunting; Fishing; American History; Southern Literature; and Music/Concerts.

**REFERENCES -- AVAILABLE UPON REQUEST**