## List of Company Ratings

|  |  |
|---|---|
| **Company:** | Metropolitan Life Ins Co |
| **Domicile:** | NY |
| **Established:** | 1868 |

---

**A.M. Best Company Rating** — A+ (2)

Superior.  Assigned to companies that have, in our opinion, a superior ability to meet their ongoing obligations to policyholders.

---

**Standard & Poor's Financial Strength Rating** — AA- (4)

An insurer rated 'AA' has VERY STRONG financial security characteristics, differing only slightly from those rated higher.

---

**Moody's Financial Strength Rating** — Aa3 (4)

Insurance companies rated Aa offer excellent financial security. Together with the Aaa group, they constitute what are generally known as high-grade companies. They are rated lower than Aaa companies because long-term risks appear somewhat larger.

---

**Weiss Safety Rating** — B (5)

Good. The company offers good financial security and has the resources to deal with a variety of adverse economic conditions. It comfortably exceeds the minimum levels for all of our rating criteria, and is likely to remain healthy for the near future. However, in the event of a severe recession or major financial crisis, we feel that this assessment should be reviewed to make sure that the firm is still maintaining adequate financial strength.

---

**Comdex Ranking - VitalSigns Composite Index** — 95

The Comdex gives the average percentile ranking of this company in relation to all other companies that have been rated by the rating services.  The Comdex Ranking is the percentage of companies that are rated lower than this company.

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. It is not a warranty of a company's financial strength and ability to meet its obligations to policyholders. View our Important Notice: Best's Credit Ratings for a disclaimer notice and complete details at http://www.ambest.com/ratings/notice.

Watch list identifiers follow the ratings if the company is on the rating service's watch list. The identifier indicates a possible upgrade (w+), downgrade (w-), or unknown change (w).

The ratings on this report are current as of March 14, 2023.  These ratings have been selected by your life insurance advisor from among the ratings assigned to this insurer.
Presented by: Chris M Harlan, CSSC, Summit Structured Settlements, 12100 Meredith Drive, Suite 104, URBANDALE, IA 50323 Phone: 515-987-6888 Fax: 866-572-4754 Email: chris@summitsettlements.com

## List of Company Ratings

| | |
|---|---|
| **Company:** | United of Omaha Life Ins Co |
| **Domicile:** | NE |
| **Established:** | 1926 |

---

**A.M. Best Company Rating** — **A+ (2)**

Superior.  Assigned to companies that have, in our opinion, a superior ability to meet their ongoing obligations to policyholders.

---

**Standard & Poor's Financial Strength Rating** — **A+ (5)**

An insurer rated 'A' has STRONG financial security characteristics, but is somewhat more likely to be affected by adverse business conditions than are insurers with higher ratings.

---

**Moody's Financial Strength Rating** — **A1 (5)**

Insurance companies rated A offer good financial security. However, elements may be present which suggest a susceptibility to impairment sometime in the future.

---

**Weiss Safety Rating** — **B (5)**

Good. The company offers good financial security and has the resources to deal with a variety of adverse economic conditions. It comfortably exceeds the minimum levels for all of our rating criteria, and is likely to remain healthy for the near future. However, in the event of a severe recession or major financial crisis, we feel that this assessment should be reviewed to make sure that the firm is still maintaining adequate financial strength.

---

**Comdex Ranking - VitalSigns Composite Index** — **90**

The Comdex gives the average percentile ranking of this company in relation to all other companies that have been rated by the rating services.  The Comdex Ranking is the percentage of companies that are rated lower than this company.

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. It is not a warranty of a company's financial strength and ability to meet its obligations to policyholders. View our Important Notice: Best's Credit Ratings for a disclaimer notice and complete details at http://www.ambest.com/ratings/notice.

Watch list identifiers follow the ratings if the company is on the rating service's watch list. The identifier indicates a possible upgrade (w+), downgrade (w-), or unknown change (w).

The ratings on this report are current as of March 14, 2023.  These ratings have been selected by your life insurance advisor from among the ratings assigned to this insurer.
Presented by: Chris M Harlan, CSSC, Summit Structured Settlements, 12100 Meredith Drive, Suite 104, URBANDALE, IA 50323 Phone: 515-987-6888 Fax: 866-572-4754 Email: chris@summitsettlements.com

## List of Company Ratings

|  |  |
|---|---|
| **Company:** | New York Life Ins Co |
| **Domicile:** | NY |
| **Established:** | 1841 |

| **A.M. Best Company Rating** | **A++ (1)** |
|---|---|

Superior.  Assigned to companies that have, in our opinion, a superior ability to meet their ongoing obligations to policyholders.

| **Standard & Poor's Financial Strength Rating** | **AA+ (2)** |
|---|---|

An insurer rated 'AA' has VERY STRONG financial security characteristics, differing only slightly from those rated higher.

| **Moody's Financial Strength Rating** | **Aaa (1)** |
|---|---|

Insurance companies rated Aaa offer exceptional financial security. While the credit profile of these companies is likely to change, such changes as can be visualized are most unlikely to impair their fundamentally strong position.

| **Weiss Safety Rating** | **A- (3)** |
|---|---|

Excellent. The company offers excellent financial security. It has maintained a conservative stance in its investment strategies, business operations and underwriting commitments. While the financial position of any company is subject to change, we believe that this company has the resources necessary to deal with severe economic conditions.

| **Comdex Ranking - VitalSigns Composite Index** | **100** |
|---|---|

The Comdex gives the average percentile ranking of this company in relation to all other companies that have been rated by the rating services.  The Comdex Ranking is the percentage of companies that are rated lower than this company.

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. It is not a warranty of a company's financial strength and ability to meet its obligations to policyholders. View our Important Notice: Best's Credit Ratings for a disclaimer notice and complete details at http://www.ambest.com/ratings/notice.

Watch list identifiers follow the ratings if the company is on the rating service's watch list. The identifier indicates a possible upgrade (w+), downgrade (w-), or unknown change (w).

The ratings on this report are current as of March 14, 2023.  These ratings have been selected by your life insurance advisor from among the ratings assigned to this insurer.
Presented by: Chris M Harlan, CSSC, Summit Structured Settlements, 12100 Meredith Drive, Suite 104, URBANDALE, IA 50323 Phone: 515-987-6888 Fax: 866-572-4754 Email: chris@summitsettlements.com

## List of Company Ratings

| | |
|---|---|
| **Company:** | Pacific Life Ins Co |
| **Domicile:** | NE |
| **Established:** | 1868 |

**A.M. Best Company Rating** — A+ (2)

Superior.  Assigned to companies that have, in our opinion, a superior ability to meet their ongoing obligations to policyholders.

**Standard & Poor's Financial Strength Rating** — AA- (4)

An insurer rated 'AA' has VERY STRONG financial security characteristics, differing only slightly from those rated higher.

**Moody's Financial Strength Rating** — Aa3 (4)

Insurance companies rated Aa offer excellent financial security. Together with the Aaa group, they constitute what are generally known as high-grade companies. They are rated lower than Aaa companies because long-term risks appear somewhat larger.

**Weiss Safety Rating** — A- (3)

Excellent. The company offers excellent financial security. It has maintained a conservative stance in its investment strategies, business operations and underwriting commitments. While the financial position of any company is subject to change, we believe that this company has the resources necessary to deal with severe economic conditions.

**Comdex Ranking - VitalSigns Composite Index** — 95

The Comdex gives the average percentile ranking of this company in relation to all other companies that have been rated by the rating services.  The Comdex Ranking is the percentage of companies that are rated lower than this company.

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. It is not a warranty of a company's financial strength and ability to meet its obligations to policyholders. View our Important Notice: Best's Credit Ratings for a disclaimer notice and complete details at http://www.ambest.com/ratings/notice.

Watch list identifiers follow the ratings if the company is on the rating service's watch list. The identifier indicates a possible upgrade (w+), downgrade (w-), or unknown change (w).

The ratings on this report are current as of March 14, 2023.  These ratings have been selected by your life insurance advisor from among the ratings assigned to this insurer.
Presented by: Chris M Harlan, CSSC, Summit Structured Settlements, 12100 Meredith Drive, Suite 104, URBANDALE, IA 50323 Phone: 515-987-6888 Fax: 866-572-4754 Email: chris@summitsettlements.com

## List of Company Ratings

| | |
|---|---|
| **Company:** | Prudential Ins Co of America |
| **Domicile:** | NJ |
| **Established:** | 1873 |

**A.M. Best Company Rating** — A+ (2)

Superior.  Assigned to companies that have, in our opinion, a superior ability to meet their ongoing obligations to policyholders.

**Standard & Poor's Financial Strength Rating** — AA- (4)

An insurer rated 'AA' has VERY STRONG financial security characteristics, differing only slightly from those rated higher.

**Moody's Financial Strength Rating** — Aa3 (4)

Insurance companies rated Aa offer excellent financial security. Together with the Aaa group, they constitute what are generally known as high-grade companies. They are rated lower than Aaa companies because long-term risks appear somewhat larger.

**Weiss Safety Rating** — B (5)

Good. The company offers good financial security and has the resources to deal with a variety of adverse economic conditions. It comfortably exceeds the minimum levels for all of our rating criteria, and is likely to remain healthy for the near future. However, in the event of a severe recession or major financial crisis, we feel that this assessment should be reviewed to make sure that the firm is still maintaining adequate financial strength.

**Comdex Ranking - VitalSigns Composite Index** — 95

The Comdex gives the average percentile ranking of this company in relation to all other companies that have been rated by the rating services.  The Comdex Ranking is the percentage of companies that are rated lower than this company.

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. It is not a warranty of a company's financial strength and ability to meet its obligations to policyholders. View our Important Notice: Best's Credit Ratings for a disclaimer notice and complete details at http://www.ambest.com/ratings/notice.

Watch list identifiers follow the ratings if the company is on the rating service's watch list. The identifier indicates a possible upgrade (w+), downgrade (w-), or unknown change (w).

The ratings on this report are current as of March 14, 2023.  These ratings have been selected by your life insurance advisor from among the ratings assigned to this insurer.
Presented by: Chris M Harlan, CSSC, Summit Structured Settlements, 12100 Meredith Drive, Suite 104, URBANDALE, IA 50323 Phone: 515-987-6888 Fax: 866-572-4754 Email: chris@summitsettlements.com

## List of Company Ratings

| | |
|---|---|
| **Company:** | USAA Life Ins Co |
| **Domicile:** | TX |
| **Established:** | 1963 |

**A.M. Best Company Rating**  —  **A++ (1)**

Superior.  Assigned to companies that have, in our opinion, a superior ability to meet their ongoing obligations to policyholders.

**Standard & Poor's Financial Strength Rating**  —  **AA+ (2)**

An insurer rated 'AA' has VERY STRONG financial security characteristics, differing only slightly from those rated higher.

**Moody's Financial Strength Rating**  —  **Aa1 (2)**

Insurance companies rated Aa offer excellent financial security. Together with the Aaa group, they constitute what are generally known as high-grade companies. They are rated lower than Aaa companies because long-term risks appear somewhat larger.

**Weiss Safety Rating**  —  **B+ (4)**

Good. The company offers good financial security and has the resources to deal with a variety of adverse economic conditions. It comfortably exceeds the minimum levels for all of our rating criteria, and is likely to remain healthy for the near future. However, in the event of a severe recession or major financial crisis, we feel that this assessment should be reviewed to make sure that the firm is still maintaining adequate financial strength.

**Comdex Ranking - VitalSigns Composite Index**  —  **99**

The Comdex gives the average percentile ranking of this company in relation to all other companies that have been rated by the rating services.  The Comdex Ranking is the percentage of companies that are rated lower than this company.

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. It is not a warranty of a company's financial strength and ability to meet its obligations to policyholders. View our Important Notice: Best's Credit Ratings for a disclaimer notice and complete details at http://www.ambest.com/ratings/notice.

Watch list identifiers follow the ratings if the company is on the rating service's watch list. The identifier indicates a possible upgrade (w+), downgrade (w-), or unknown change (w).

The ratings on this report are current as of March 14, 2023.  These ratings have been selected by your life insurance advisor from among the ratings assigned to this insurer.
Presented by: Chris M Harlan, CSSC, Summit Structured Settlements, 12100 Meredith Drive, Suite 104, URBANDALE, IA 50323 Phone: 515-987-6888 Fax: 866-572-4754 Email: chris@summitsettlements.com