IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| A.P.G., an infant,<br>by his mother and next friend,<br>BRITTANY M. JONES<br><br>    Plaintiff,<br><br>    v.<br><br>FISHER-PRICE, INC.; MATTEL, INC.;<br>WAL-MART.COM USA, LLC;<br>WALMART INC.; WAL-MART<br>ASSOCIATES, INC.; AND WAL-MART<br>STORES EAST, LP<br><br>    Defendants. | Case No. **3:22-cv-00112-DJN** |

**ORDER**

This matter is before the Court on the Unopposed Motion for Approval of Settlement and Release by Plaintiff A.P.G., an infant, by his mother and next friend, Brittany M. Jones ("Plaintiff"). Upon due consideration, and finding it appropriate to do so, it is hereby ORDERED that the Unopposed Motion is GRANTED, the terms of which settlement have been considered and APPROVED by this Court.

Dated this _____ day of June, 2023.

_____
Hon. David Novak
United States District Judge