**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| A.P.G., an infant, by his mother and next friend, BRITTANY M. JONES<br><br>    Plaintiff,<br><br>  v.<br><br>FISHER-PRICE, INC.; MATTEL, INC.; WAL-MART.COM USA, LLC; WALMART INC.; WAL-MART ASSOCIATES, INC.; AND WAL-MART STORES EAST, LP<br><br>    Defendants. | Case No. **3:22-cv-00112-DJN** |

**ORDER GRANTING AMENDED UNOPPOSED MOTION TO SEAL THE PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AND RELEASE**

Based upon the Amended Unopposed Motion to Seal the Unopposed Motion for Approval of Settlement and Release ("Motion to Seal") and pursuant to Local Civil Rule 5 and the Memorandum of Understanding Regarding Settlement executed by the parties on May 25, 2023, and for good cause shown including protecting the private financial information of the minor A.P.G., it is hereby ORDERED that the parties' Amended Motion to Seal be GRANTED and the settlement amounts contained in the Unopposed Motion for Approval of Settlement and Release are hereby allowed to be filed under seal until such time as it is ordered unsealed by the Court.

  This, the _____ day of June, 2023.

                  _____
                  The Honorable David J. Novak
                  United States District Court Judge Presiding